IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00119-2-MSK

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

2.  BRIAN LEE LOCKE,

　　　　　Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

　　　　　Upon petition of the United States and for good cause shown,

　　　　　IT IS HEREBY ORDERED, that the Clerk of the Court issue a writ to the United States

Marshal's Service requiring the United States Marshal to produce the defendant before this

Honorable Court forthwith, for an initial appearance, and to hold him at all times in his custody

as an agent of the United States of America until final disposition of the defendant's case,

thereafter to return the defendant to the institution wherein now confined.

　　　　　SO ORDERED this ___ day of _____, 2006.

s/ Patricia A Coan
Patricia A. Coan
U.S. Magistrate Judge
DISTRICT OF COLORADO