UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00119-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RICHARD ANTHONY MERCADO, and
**2.**    **BRIAN LEE LOCKE,**

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#59)** on October 4, 2006 by Defendant Brian Lee Locke. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **November 27, 2006** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for October 13, 2006 and the October 16, 2006 trial date are **VACATED**.

Dated this 5th day of October, 2006

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge