UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00119-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICHARD ANTHONY MERCADO, and
**2.    BRIAN LEE LOCKE,**

        Defendants.

## ORDER

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter for Defendant Brian Lee Locke set to commence on February 26, 2007 is VACATED and reset to **April 2, 2007 at 2:15 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge